**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **WILLIAM ZIEGLER and VICKI ZIEGLER**<br><br>Plaintiffs,<br><br>v.<br><br>**POLARIS INDUSTRIES, INC. and ERIC KIPP**<br><br>Defendants. | **CASE NO. 1:21-CV-00956**<br><br>**HON. PAUL L. MALONEY**<br><br>**MAGISTRATE JUDGE SALLY J. BERENS** |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

In light of the recent holidays, Plaintiffs William Ziegler and Vicki Ziegler ("Plaintiffs") and Defendant Polaris Industries Inc. ("Polaris"), through their undersigned counsel, hereby stipulate that the time for Polaris to answer, move, or otherwise respond to the Complaint be and hereby is extended as follows:

1.  Plaintiffs filed their Complaint against Polaris on November 10, 2021.

2.  Polaris executed a Waiver of Service of the Summons, and its deadline to answer or otherwise respond to the Complaint currently is January 10, 2022.

3.  Polaris requests an extension of time up to and including **February 9, 2022**, in which to answer, move, or otherwise respond to the Complaint.

4.  The parties seek to document this extension via this Stipulation and Order and respectfully request that the Court enter the below Order consistent with the Stipulation.

I stipulate to the agreement set forth above,

Dated: January 4, 2021      By:    */s/ Anthony C. Sallah*
                                   Anthony C. Sallah (P84136)
                                   **BARNES & THORNBURG LLP**
                                   171 Monroe Avenue N.W., Suite 1000
                                   Grand Rapids, MI 49503-2694

                                        T: (616) 742-3976
                                        F: (616) 742-3999
                                        E: Anthony.Sallah@btlaw.com
*Counsel for Defendant Polaris Industries Inc.*

I stipulate to the agreement set forth above,

Dated: January 4, 2021        By:   */s/ Thomas M. Paris (per consent)*
                                                  Thomas M. Paris
                                                  55 W. Monroe Street, Suite 3950
                                                  Chicago, IL 60603
                                                  T: (312) 759-1600
                                                  F: (312) 201-1436
                                                  E: tp@tomparislaw.com
                                                  *Counsel for Plaintiffs*

## **ORDER**

IT IS SO ORDERED.


Dated:_____       _____
                                       HON. PAUL J. MALONEY
                                         United States District Judge