**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIAM ZIEGLER and
VICKI ZIEGLER,

     Plaintiff,

v.

POLARIS INDUSTRIES, INC. and
ERIC KIPP,

     Defendants.

Case No.: 1:21-cv-00956

HON. JANE M. BECKERING

---

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiffs William Ziegler and Vicki Ziegler ("Plaintiffs") and Defendant Eric Kipp, by and through their undersigned counsel, hereby stipulate that the time for Eric Kipp to answer, move, or otherwise respond to the Complaint be and hereby is extended as follows:

1. Plaintiffs filed their Complaint against Eric Kipp on November 10, 2021.

2. Eric Kipp executed a Waiver of Service of the Summons, and his deadline to answer or otherwise respond to the Complaint currently is January 10, 2022.

3. Eric Kipp requests an extension of time up to and including **February 9, 2022**, in which to answer, move, or otherwise respond to the Complaint.

4. The parties seek to document this extension via this Stipulation and Order and respectfully request that the Court enter the below Order consistent with the Stipulation.

                                        I stipulate to the agreement set forth above,

Dated: January 6, 2022          By:    */s/ Bogomir Rajsic, III*
                                                    Bogomir Rajsic, III (P79191)
                                                    HARVEY KRUSE, P.C.
                                                    3210 Eagle Run Drive NE, Suite 204
                                                    Grand Rapids, MI 49525
                                                    (616) 771-0050
                                                    brajsic@harveykruse.com
                                                    *Counsel for Defendant Eric Kipp*

                                        I stipulate to the agreement set forth above,

Dated: January 6, 2022          By:    */s/ Thomas M. Paris*
                                                      Thomas M. Paris
                                                    55 W. Monroe Street, Suite 3950
                                                    Chicago, IL 60603
                                                    (312) 759-1600
                                                    tp@tomparislaw.com
                                                    *Counsel for Plaintiffs*

## **ORDER**

        IT IS SO ORDERED.

Dated: January 7, 2022                  /s/ Jane M. Beckering
                                              HON. JANE M. BECKERING
                                              United States District Judge