IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ZIEGLER and VICKI ZIEGLER**<br><br>Plaintiffs,<br><br>v.<br><br>**POLARIS INDUSTRIES, INC. and ERIC KIPP**<br><br>Defendants. | CASE NO. 1:21-CV-00956<br><br>HON. JANE M. BECKERING<br><br>MAGISTRATE JUDGE SALLY J. BERENS |

## ORDER GRANTING AMENDMENT TO CASE MANAGEMENT ORDER AND EXTENDING PARTIES' DEADLINE TO CHOOSE MEDIATOR

The Court having reviewed the parties' Stipulation (ECF No. 18):

IT IS HEREBY ORDERED that the Stipulation (ECF No. 18) is GRANTED. The Parties shall have up to and including **June 30, 2022** in which to jointly select a mediator.

Dated:  March 24, 2022

/s/ Jane M. Beckering
Honorable Jane M. Beckering
United States District Court
Western District of Michigan