## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ZIEGLER and VICKI ZIEGLER,** | **CASE NO. 1:21-CV-00956** |
| Plaintiffs, | |
| v. | **HON. JANE M. BECKERING** |
| **POLARIS INDUSTRIES, INC. and ERIC KIPP,** | |
| Defendants. | **MAGISTRATE JUDGE SALLY J. BERENS** |

**PROOF OF SERVICE – DEFENDANT POLARIS INDUSTRIES INC.'S RULE 26(a)(l) INITIAL DISCLOSURE STATEMENT**

| | |
|---|---|
| Thomas M. Paris<br>**THOMAS M. PARIS, ATTORNEY & COUNSELOR AT LAW, P.C.**<br>55 W. Monroe St., Suite 3330<br>Chicago, IL 60603<br>(312) 759-1600<br>tp@tomparislaw.com<br>*Counsel for Plaintiffs* | Dawn M. Beery<br>Matthew Nirider<br>Deana S. Stein<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>T: (312) 212-4949<br>F: (312) 767-9192<br>E: dbeery@beneschlaw.com<br>   mnirider@beneschlaw.com<br>   dstein@beneschlaw.com |
| Bogomir Rajsic, III<br>**HARVEY KRUSE, P.C.**<br>3210 Eagle Run Dr. NE, Ste 204<br>Grand Rapids, Michigan 49525<br>616-771-0050<br>brajsic@harveykruse.com<br>*Counsel for Defendant Eric Kipp* | Anthony C. Sallah<br>**BARNES & THORNBURG LLP**<br>171 Monroe Avenue N.W., Suite 1000<br>Grand Rapids, MI 49503-2694<br>T: (616) 742-3976<br>F: (616) 742-3999<br>E: Anthony.Sallah@btlaw.com<br><br>*Counsel for Defendant Polaris Industries Inc.* |

## **PROOF OF SERVICE**

The undersigned certifies that on March 30, 2022, a copy of Defendant Polaris Industries,

Inc.'s Rule 26(a)(l) Initial Disclosure Statement was served on all counsel of record via email.


*/s/ Matthew Nirider*
Matthew Nirider

*Counsel for Defendant Polaris Industries Inc.*