**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **WILLIAM ZIEGLER and VICKI ZIEGLER**<br><br>Plaintiffs,<br><br>v.<br><br>**POLARIS INDUSTRIES, INC. and ERIC KIPP**<br><br>Defendants. | CASE NO. 1:21-CV-00956<br><br><br>HON. JANE M. BECKERING<br><br><br>MAGISTRATE JUDGE SALLY J. BERENS |

**DEFENDANT POLARIS INDUSTRIES INC.'S CERTIFICATE OF WORD COUNT**

In accordance with W.D. Mich LCivR 7.3(b), counsel for Defendant Polaris Industries Inc. certifies that the number of words in Defendant Polaris Industries Inc.'s Limited Motion For Reconsideration of Order Dismissing Defendant Eric Kipp and to Compel Eric Kipp to Respond to Previously Served Discovery, including headings, footnotes, citations, and quotations, but not including the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, affidavits and other addenda, is 1,701. The word processing software used to generate the word count was Microsoft 365.

Dated: June 3, 2022

Respectfully Submitted:

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Matthew Nirider*
Matthew Nirider
Dawn M. Beery
Craig L. Sanders
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
T: (312) 212-4949
F: (312) 767-9192
E: dbeery@beneschlaw.com
   mnirider@beneschlaw.com
   csanders@beneschlaw.com

Deana S. Stein
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
T: (216) 363-4500
F: (216) 363-4588
E: dstein@beneschlaw.com

**BARNES & THORNBURG LLP**
Anthony C. Sallah
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503-2694
T: (616) 742-3976
F: (616) 742-3999
E: Anthony.Sallah@btlaw.com

*Counsel for Defendant Polaris Industries Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2022 a copy of the foregoing Certificate of Word Count was filed electronically and served by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                            */s/ Matthew Nirider*
                                            *Counsel for Polaris Industries Inc.*