UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM ZIEGLER, et al.,

    Plaintiffs,

v.

POLARIS INDUSTRIES, INC., et al.,

    Defendants.
_____/

Case No. 1:21-cv-956

HON. JANE M. BECKERING

# **ORDER**

Pending before the Court is the parties' Stipulation to Amend Case Management Order (ECF No. 47), seeking to extend certain deadlines in this matter. The Court, having reviewed the filing, grants the Stipulation as follows:

| | | |
|---|---|---|
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | Plaintiffs: <br> Defendants: | DECEMBER 12, 2022 <br> JANUARY 9, 2023 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiffs: <br> Defendants: <br> Plaintiffs' Rebuttal Reports: <br> Defendants' Rebuttal Reports: | JANUARY 9, 2023 <br> FEBRUARY 9, 2023 <br> FEBRUARY 21, 2023 <br> MARCH 7, 2023 |
| Completion of Fact/Liability Discovery | | NOVEMBER 8, 2022 |
| Completion of Expert Discovery | | MARCH 28, 2023 |
| Dispositive Motions | | MAY 2, 2023 |
| ADR To Take Place On Or Before: | | APRIL 3, 2023 |

IT IS SO ORDERED.

Dated: August 19, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge