# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ZIEGLER and VICKI ZIEGLER**<br><br>Plaintiffs,<br><br>v.<br><br>**POLARIS INDUSTRIES INC. and ERIC KIPP**<br><br>Defendants. | **CASE NO. 1:21-CV-00956**<br><br>**HON. JANE M. BECKERING**<br><br>**MAGISTRATE JUDGE SALLY J. BERENS** |

## DEFENDANT POLARIS INDUSTRIES INC.'S CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1(d), Polaris Industries Inc. ("Polaris") files the following Certificate of Compliance with respect to its Motion to Transfer Under 28 U.S.C. § 1406 or, in the Alternative, Transfer Under 28 U.S.C. § 1404 (the "Motion"), filed contemporaneously herewith. Polaris certifies that it has made a reasonable and good faith effort to reach agreement with counsel for Plaintiffs William and Vicki Ziegler ("Plaintiffs") regarding the relief sought in the Motion.

On March 22, 2023, counsel for Polaris met and conferred via telephone with counsel for Plaintiffs about the Motion and requested relief of transfer to the Western District of North Carolina. The parties conferred in good faith but could not reach agreement on the Motion or the relief requested in the Motion. Accordingly, based on the foregoing, Polaris has complied with its Local Rule 7.1(d) obligations and requests that its Motion be granted.

Dated: March 23, 2023                           Respectfully Submitted:

                                                **BENESCH, FRIEDLANDER, COPLAN &
                                                    ARONOFF LLP**

                                       By:      */s/ Matthew Nirider*

Matthew Nirider
Dawn M. Beery
Craig L. Sanders
Brooke Rogers
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
T: (312) 212-4949
F: (312) 767-9192
E: dbeery@beneschlaw.com
   mnirider@beneschlaw.com
   csanders@beneschlaw.com
   brogers@beneschlaw.com

Deana S. Stein
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
T: (216) 363-4500
F: (216) 363-4588
E: dstein@beneschlaw.com

**BARNES & THORNBURG LLP**
Anthony C. Sallah
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, MI 49503-2694
T: (616) 742-3976
F: (616) 742-3999
E: Anthony.Sallah@btlaw.com

*Counsel for Defendant Polaris Industries Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, a copy of the foregoing Certificate of Compliance was filed electronically and served by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Matthew Nirider*
Matthew Nirider

*Counsel for Polaris Industries Inc.*